# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC, d/b/a BRAZOS LICENSING AND DEVELOPMENT<br><br>Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>Defendant. | Civil Action No. 6:20-cv-00454<br>Civil Action No. 6:20-cv-00455<br>Civil Action No. 6:20-cv-00456<br>Civil Action No. 6:20-cv-00457<br>Civil Action No. 6:20-cv-00458<br>Civil Action No. 6:20-cv-00459<br>Civil Action No. 6:20-cv-00460<br>Civil Action No. 6:20-cv-00461<br>Civil Action No. 6:20-cv-00462<br>Civil Action No. 6:20-cv-00463<br>Civil Action No. 6:20-cv-00464<br>Civil Action No. 6:20-cv-00465 |

**SUPPLEMENTAL DECLARATION OF IRENE YANG IN SUPPORT OF MICROSOFT CORPORATION'S REPLY IN SUPPORT OF ITS MOTION TO TRANSFER VENUE TO AUSTIN DIVISION**

I, Irene Yang, declare as follows:

19. This declaration follows my earlier declaration dated October 2, 2020 in support of Microsoft's Motion for Intra-District Transfer to the Austin Division of the Western District of Texas and picks up where the numbering in my last declaration left off. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify thereto.

20. Attached hereto as Exhibit 18 is a true and correct copy of a page from Plaintiff's website, including more legible versions of the company bios previously included in Exhibit 6, last visited on October 21, 2020.

21. Attached hereto as Exhibit 19 is a true and correct copy of printouts from job listings posted on various websites, with highlighting added to indicate the date of each posting, last visited on October 19 and 20, 2020.

22. Attached hereto as Exhibit 20 is a true and correct copy of a printout from a Baylor University webpage, last visited on October 19, 2020.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 23, 2020 in San Francisco, California.

_____

Irene Yang

1