# EXHIBIT 19



Log In

# Jobs

Search by title, company, or skill

Current Space

Join the Startup Waco community to see more detailed job listings!

Jobs per Page    20

2 jobs found

Remote

## Patent Practitioner

Remote    Posted September 23, 2020 1:11pm

Software   Patent Law   Attorney   Patents

Founders Legal (Bekiares Eliezer LLP) is seeking a licensed patent practitioner (agent or attorney) with 5+ years of patent prosecution experience in electrical, computer, or software arts. Primary focus of……

## Paralegal/Administrative Assistant $30-70k

605 Austin Ave    Posted September 24, 2020 12:15pm

Schedule Development   Legal research   Legal writing   Paralegal   Calendar Management

We're seeking a capable paralegal to help support both the local and remote team in our day-to-day efforts, focusing on both legal and administrative support. We offer flexible remote (some……

Jobs per Page    20

 v2020.21.5                                                     Terms of Service





- Home
- About Us & Membership
- Calendar
- Programs
- Certification Programs
- News
- Sponsors and Links
- Officers and Contact Info
- » Job Bank

## Posted 08-01-20

The Zimmerman Law Firm

Seeking an experienced litigation paralegal to join our growing practice in a full-time role assisting lawyers throughout the firm. We would prefer an employee with at least three years experience, excellent attention to detail, research and writing skills, and the ability to manage deadlines. Competitive salary and opportunity for growth. All resumes kept confidential. Resumes may be sent to: 3501 West Waco Drive, Waco TX 76710; facsimile (254) 752-9680; main@zlawhelp.com
_____

## Posted 09-02-2020

Mid-size Waco law firm seeking full-time legal assistant. Prefer at least one year experience and experience with litigation. If interested, please forward resume to Christian Hack at chack@slm.law-----------------------------------------------

## Posted 09-15-2020

The law firm of Johnson Hobbs Squires, LLP, in Waco, Texas, is seeking an experienced, full time Personal Injury/Litigation paralegal.

Benefits include: Health Insurance, 401K plan, paid vacation days and holidays, and life insurance.

Compensation offered will be based on experience.

Applicant must be experienced in requesting and organizing medical and billing records, drafting legal pleadings, drafting discovery requests/responses, maintaining multiple calendars, coordinating depositions/mediations, and scheduling hearings/trials.

Please e-mail resume and contact information to Paula Caldwell at pcaldwell@jhsfirm.com
-------------------------------------------------------------

## POSTED 9-22-2020

Brazos Licensing and

Development

Full Time Paralegal

Key Details

Location: 605 Austin Avenue, Suite 6 - Waco, Texas

Annual Salary: $30,000-50,000

Shift Time: 8 Hours

Work Arrangement: Flexible, in office and WFH

Benefits: Available

Contact: Matt Hogan, matt@brazoslicensing.com (www.brazoslicensing.com)

Company Description

*Brazos licensing and Development is a Waco, Texas-based patent advisory and monetization firm. We're active plaintiffs in the US district court, Western District of Texas, with a primary focus on patents. We're seeking a capable paralegal to help support both the local and remote team in our day-to-day efforts.*

### Responsibilities

Support the Brazos team locally and nationally in our day-to-day efforts. Focusing on both legal and administrative support.

### Job Duties

Organizing information for legal documents, keeping schedules and calendars, office management and administrative tasks, vendor management, client contact, record and document organization

### Skills and Qualifications

Practicing strict client confidentiality, client contact skills, legal administration skills, legal compliance, documentation skills, litigation knowledge and support, administrative writing, scheduling, Microsoft Office Suite, familiarity with Legal SaaS tools

## Benefits

401k, health insurance, paid time off/holidays

------------------------------------------------------------------------

*These job postings are courtesy for a local company, local firm or local attorney. Waco LPA members do not know anything more about the job description, job requirements, or contact information than what is posted. PLEASE READ THE INFORMATION PROVIDED AND DIRECT YOUR QUESTIONS TO THE COMPANY/FIRM OR THE ATTORNEY.*

Waco Legal Professionals Association (WLPA) Webmaster: julie.abernathy@sbcglobal.net

Waco LPA is a non-profit association under IRS Code Section 501(c)(6)

# Paralegal/Administrative assistant $35-70k

Full Time　　　● Waco, Texas　　　📅 Posted 3 weeks ago

Login to bookmark this Job


**Brazos Licensing and Development**
*Helping inventors develop, secure and monetize patents*
🐦 brazoslicensing　　🔗 Website

Company Description
Brazos licensing and Development is a Waco, Texas-based patent advisory and monetization firm. We're active plaintiffs in the US district court, Western District of Texas, with a primary focus on patents. We're seeking a capable paralegal to help support both the local and remote team in our day-to-day efforts, focusing on both paralegal and office management.

Responsibilities

Support the Brazos team locally and nationally in our day-to-day efforts. Focusing on both legal and administrative support.

Job Duties

–　　Organizing information for legal documents

–　　Keeping schedules and calendars

–　　Office management and administrative tasks

–　　Vendor management

–　　SaaS management

–　　Client contact

–　　Record and document organization

Skills and Qualifications

·   Practicing strict client confidentiality

·   Client contact skills

·   Legal administration skills

·   Legal compliance

·   Documentation skills

·   Litigation knowledge and support

·   Administrative writing

·   Scheduling

·   Microsoft Office Suite

·   Familiarity with Legal SaaS tools

Tagged as: administrative assistant, paralegal

Apply for job