# EXHIBIT 20

 | Giving to Baylor | GIVE

# From Our Donors: Stuart Shanus

> We appreciate the dedication to the community of Waco and the work done on behalf of those in need. With great thanks, Brazos Licensing and Development.
>
> —STUART SHANUS

Copyright © Baylor® University. All rights reserved. Legal Disclosures.
Baylor University ▪ Waco, Texas 76798 ▪ 1-800-229-5678



# From Our Donors

*We love and support Baylor University...*

**-JOHN BATES**

READ MORE

*My time at Baylor was transformational! I met wonderful people, grew in my faith, and received a great education...*

**-BRODERICK LEAKS**

READ MORE

*Pearl is a long time mentor of mine. Her work at Baylor University, particularly in light of the current national conversation on race and equity, is invaluable...*

**-MICHAEL RIEMER**

READ MORE

*Dr. Susan Colon exemplified the transformational education for which Baylor stands. I make this donation in her honor so that more students can be educated by professors of such caliber...*

**-SINDA VANDERPOOL**

READ MORE

*I am honored to be able to contribute in her [Dr. Susan Colon] memory and pray that this scholarship continues to bless young Christians pursuing wisdom and knowledge of God across the disciplines...*

**-KELSEY SANDVALL**

READ MORE

*I had a campus family within 5 minutes of my first day on campus and they're still my family today. I'm so thankful for my BUGWB experience and hope others have the opportunity, too...*

**-HOLLY KISER**

READ MORE

*My son works at Baylor in Student Life and has been involved in support of multicultural affairs. He speaks very highly of Ms, Beverly and of the work that they do. We want to help participate in that effort...*

**-THOMAS BARNARD**

READ MORE

*Very thankful for Janis Kovar and her continued work for the Nursing School!...*

**-MEREDITH BENTLEY**

READ MORE

*I was only able to go to Baylor because I received Scholarships, both endowed and private, so I want to always be able to give back to Baylor students who face*

*...and private, so I want to always be able to give back to Baylor students who face financial difficulties being able to stay at Baylor for all 4 years...*

**-JINOHN WEKESSER**

READ MORE

*Andrea Dixon & Coach Jonathan Capron inspire me every day. Thankful for their leadership and legacy at Baylor as they continue to lead the next generation of leaders at Baylor!...*

**-WILLIAM GALVIN**

READ MORE

*Baylor's Honors College (and especially their University Scholars program) gave me the rigorous training I needed to prepare for law school, combined with Christ-centered community and relationships that endured far after I left...*

**-CONNOR MIGHELL**

READ MORE

*This gift is in memory of Joanna Nelson, a friend whom I met at the Baylor music school many years ago. She spent her life sharing music, love, and laughter. She was a delightful person, and I will miss her...*

**-DODIE MORRIS**

READ MORE

*My daughter, Oluchi D Ohaya, just completed her first year at Baylor- Class of 2023!...*

**-VERONICA OHAYA**

READ MORE

*Baylor is leading by example in the way it invests in our greater community as a whole...*

**-NANCY MCEACHERN**

READ MORE

*When Baylor reaches out in a time of crisis to ask for help, it's important for those of us who are able to respond with either financial support or contributions of time and other resources...*

**-STEVEN NAPIER**

READ MORE

*I am looking forward to giving back to the Pro Sales Program that gave so much to me as a student...*

**-MORGAN CUTRIGHT**

READ MORE

*Our family has a deep and abiding love for Baylor; my wife, daughter, sister, 2 brothers-in-law, niece and nephew all are Baylor graduates...*

**-CARROLL FADAL**

READ MORE

*I've been meaning to do it since I graduated, but haven't been able to do it until*

*now. I'm thankful for the opportunity I had to attend Baylor…*

**-MODUPEOLA THOMAS**

READ MORE

*Proud to be an alumna if Baylor and am hopeful that my niece will also attend as a member of the class of 2026…*

**-LYNNE CONNERY**

READ MORE

*I am a Baylor University alum and want to help others join this amazing legacy of academic, spiritual, and personal excellence…*

**-SHALON EVANS**

READ MORE

*I watched your program on the news and that you were now providing around 500,000 boxes of food on a regular basis…*

**-CAMERON EVANS**

READ MORE

*Proud to be a Baylor Bear. Proud of my degree in the Army-Baylor Healthcare Administration Program. Also proud to be from a family of Baylor graduates…*

**-MARK DOLE**

READ MORE

*The education I received at Baylor, the experience I gained there as a research and teaching assistance and later as a full-time lecturer, and the friendships I made with students and faculty all profoundly affected my life...*

**-KEITH ROWLEY**

READ MORE

*I work at the University of Michigan and know how tough it has been, so wanted to supply my alma mater...*

**-PATTRICIA KLARR**

READ MORE

*We appreciate the dedication to the community of Waco and the work done on behalf of those in need...*

**-STUART SHANUS**

READ MORE

Copyright © Baylor® University. All rights reserved. Legal Disclosures.
Baylor University • Waco, Texas 76798 • 1-800-229-5678