IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS LLC,<br>*Plaintiff* | § § § § | |
| -v- | § § § | W-20-CV-00455-ADA<br>W-20-CV-00467-ADA<br>W-20-CV-00459-ADA |
| MICROSOFT CORPORATION,<br>*Defendant* | § § § § | W-20-CV-00463-ADA |

## ORDER TO PAY TECHNICAL ADVISOR

The Court previously appointed Dr. Joshua J. Yi to serve as a technical advisor on this case. The Court has reviewed Dr. Yi's invoice for services through March 11, 2021 and finds the requested amount ($18,075.00) to be reasonable and necessary. As such, the Court **ORDERS** payment to be promptly made as follows:

Plaintiffs:     $9,037.50
Defendant:   $9,037.50

Dr. Yi will separately provide deposit instructions.

**SIGNED** this 17th day of March, 2021.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE