# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELPOTMENT,<br><br>   Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>   Defendant. | Civil Action No. 6:20-cv-00455-ADA |

## NOTICE OF APPEARANCE OF COUNSEL

Notice is hereby given that Melissa R. Smith of Gillam & Smith, LLP enters her appearance on behalf of Defendant Microsoft Corporation in this matter as additional counsel.

Melissa R. Smith may receive all communications from the Court and from other parties at Gillam & Smith, LLP, 303 South Washington Avenue, Marshall, Texas 75670; Telephone: (903) 934-8450; Facsimile: (903) 934-9257; e-mail melissa@gillamsmithlaw.com.

Dated: November 12, 2021

Respectfully submitted,

 /s/ Melissa R. Smith
Melissa R. Smith
State Bar No. 24001351
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
Email: melissa@gillamsmithlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 12TH day of November, 2021, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(b)(1).

                                                */s/ Melissa R. Smith*
                                                Melissa R. Smith