# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,<br><br>             Plaintiff,<br>v.<br><br>MICROSOFT CORPORATION<br><br>             Defendant. | CASE NO. 6:20-CV-00455-ADA<br><br>JURY TRIAL DEMANDED |

## JOINT STIPULATED DISMISSAL OF CASE WITH PREJUDICE

Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development and Defendant Microsoft Corporation hereby jointly stipulate, under Rule 41(a)(1)(A)(ii), to the voluntary dismissal with prejudice of Case No. 6:20-CV-00455-ADA.

The parties' claims for attorneys' fees, costs, and expenses, if any, shall be preserved until resolution of the remaining cases (Case Nos. 6:20-CV-454, -456, -457, -458, -460, -461, -462, -463, -464, and -465).

Dated: December 20, 2021

Respectfully Submitted,

 /s/ Mark D. Siegmund
Max L. Tribble, Jr.
Bar No. 2021395
Shawn Blackburn
Bar No. 24089989 *(pro hac vice)*
Bryce Barcelo
Bar No. 24092081*(pro hac vice)*
sblackburn@susmangodfrey.com
mtribble@susmangodfrey.com
bbarcelo@susmangodfrey.com

 /s/ Barry K. Shelton
Michael J. Bettinger
Bar No. 122196
mbettinger@sidley.com
**SIDLEY AUSTIN LLP**
555 California Street, Suite 2000
San Francisco, CA 94104
Tel: (415) 772-1200

**SUSMAN GODFREY LLP**
1000 Louisiana St, Suite 5100
Houston, TX 77002-5096
Tel: (713) 651-9366

Kalpana Srinivasan
Bar No. 237460 *(pro hac vice)*
ksrinivasan@susmangodfrey.com
**SUSMAN GODFREY LLP**
1900 Avenue Of The Stars, Suite 1400
Los Angeles, CA 90067-6029
Tel: (310) 789-3100

Nathan K. Cummings
Bar No. 41372
James L. Etheridge
Bar No. 24059147
Jeffrey Huang
Bar No. 266774
Brian Matthew Koide
Bar No. 91852
Ryan Scott Loveless
Bar No. 24036997
Brett Aaron Mangrum
Bar No. 24065671
Travis Lee Richins
Bar No. 24061296
nathan@etheridgelaw.com
jim@etheridgelaw.com
jhuang@etheridgelaw.com
brian@etheridgelaw.com
ryan@etheridgelaw.com
brett@etheridgelaw.com
travis@etheridgelaw.com
**ETHERIDGE LAW GROUP**
2600 East Southlake Blvd Suite 120-324
Southlake, TX 76902
Tel: (703) 989-3062

Mark D. Siegmund
Bar No. 24117055
mark@swclaw.com
**STECKLER WAYNE COCHRAN CHERRY, PLLC**
8416 Old McGregor Rd.
Waco, TX 76712

Richard A. Cederoth
Bar No. 6185199
John W. McBride
Bar No. 6294453
rcederoth@sidley.com
jwmcbride@sidley.com
**SIDLEY AUSTIN LLP**
One South Dearborn
Chicago, IL 60603
Tel: (312) 853-7000

Tung T. Nguyen
Bar No. 24007745
tnguyen@sidley.com
**SIDLEY AUSTIN LLP**
2021 McKinney Ave., Suite 2000
Dallas, TX 75201
Tel: (214) 981-3300

Irene Yang
Bar No. 245464
irene.yang@sidley.com
**SIDLEY AUSTIN LLP**
555 California Street, Suite 2000
San Francisco, CA 94104
Tel: (415) 772-1200

Barry K. Shelton
Bar No. 24055029
bshelton@sheltoncoburn.com
**SHELTON COBURN LLP**
311 RR 620 S
Suite 205
Austin, TX 78734-4775
Tel: (512) 263-2165

Melissa R. Smith
Bar No. 24001351
melissa@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Tel: (903) 934-8450

*Counsel for Microsoft Corporation*

Tel: (254) 651-3690

*Counsel for WSOU Investments, LLC d/b/a Brazos Licensing and Development*

## CERTIFICATE OF SERVICE

      I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this filing via the Court's CM/ECF system per Local Rule CV-5(a) on December 20, 2021.

                                                */s/ Barry K. Shelton*
                                                Barry K. Shelton