# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,<br><br>    Plaintiff,<br>v.<br><br>MICROSOFT CORPORATION<br><br>    Defendant. | CASE NO. 6:20-CV-00455-ADA<br><br>Jury Trial Demanded |

## ORDER GRANTING JOINT STIPULATED DISMISSAL OF CASE WITH PREJUDICE

This Court, having considered the parties' Joint Stipulated Dismissal of Case with Prejudice, hereby GRANTS the Stipulation and ORDERS the following:

Case No. 6:20-CV-00455 is dismissed with prejudice.

The parties' claims for attorneys' fees, costs, and expenses, if any, shall be preserved until resolution of the remaining cases (Case Nos. 6:20-CV-454, -456, -457, -458, -460, -461, -462, -463, -464, and -465).

SIGNED this 18th day of March 2022.

_____
HONORABLE ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE